# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

v.  **CRIMINAL COMPLAINT**

**Daniel GARCIA-Alaniz**   Case Number: 7:17-po- 0034

**YOB: 1992**
**POB: Mexico**
Name and Address of Defendant

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 5, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,

*(Track Statutory Language of Offense)*
being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

**On January 15, 2017, Daniel GARCIA-Alaniz was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and he was remanded to the custody of Immigration and Customs Enforcement on January 24, 2017. When questioned as to his citizenship, defendant stated that he is a citizen and national of Mexico who illegally entered the United States on or about May 5, 2016 by wading the Rio Grande River at or near Hidalgo, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/s/   **Maurice Sanchez**

Sworn to before me and subscribed in my presence,   Printed Name of Complainant

**January 24, 2017**   at   **McAllen, Texas**
Date   City and State

**Peter E. Ormsby, U.S. Magistrate Judge**
Name and Title of Judicial Officer   Signature of Judicial Officer